UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE, | Case No. 2:24-cv-00158 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY, | |
| Defendants. | |

TO:       Clerk of the Court

AND TO:   All parties and their counsel of record

PLEASE TAKE NOTICE that Defendant BP America Inc. appears through its undersigned counsel, Vanessa Soriano Power and Rachel H. Cox of Stoel Rives LLP, without waiving defenses including, without limitation, venue, service, jurisdiction, and all other defenses. BP America Inc. requests that all pleadings or papers, except original process, related to this action in this jurisdiction be served upon the undersigned at the address set forth below.

NOTICE OF APPEARANCE - 1

DATED: February 7, 2024

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com

*s/ Rachel H. Cox*
Rachel H. Cox, WSBA No. 45020
rachel.cox@stoel.com

600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

*Attorneys for Defendant BP America Inc.*

NOTICE OF APPEARANCE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ *Vanessa Soriano Power*
Vanessa Soriano Power, WSBA #30777
Stoel Rives LLP

*Attorneys for Defendant BP America Inc.*

NOTICE OF APPEARANCE - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

122296278.2 0018668-00020