UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>Defendants. | Case No. 2:24-cv-00158<br><br>CORPORATE DISCLOSURE STATEMENT OF BP AMERICA INC. |

Pursuant to Fed. R. Civ. P. 7.1, Defendant BP America Inc. submits the following corporate disclosure statement:

1. BP America Inc. is not publicly traded.

2. BP America Inc. is an indirect, wholly-owned subsidiary of BP p.l.c., a company incorporated under the laws of England and Wales.

3. BP p.l.c.'s primary share listing is the London Stock Exchange (LSE). In the United States, the company's securities are traded on the New York Stock Exchange (NYSE) in the form of American Depositary Shares (ADSs).

CORPORATE DISCLOSURE STATEMENT
OF BP AMERICA INC. - 1

1
2  DATED: February 7, 2024       STOEL RIVES LLP
3
4                                *s/ Vanessa Soriano Power*
                                 Vanessa Soriano Power, WSBA No. 30777
                                 vanessa.power@stoel.com
5
6                                *s/ Rachel H. Cox*
                                 Rachel H. Cox, WSBA No. 45020
                                 rachel.cox@stoel.com
7
8                                600 University Street, Suite 3600
                                 Seattle, WA 98101
                                 Telephone: (206) 624-0900
9
                                 *Attorneys for Defendant BP America Inc.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CORPORATE DISCLOSURE STATEMENT
OF BP AMERICA INC. - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

<div style="margin-left:50%">

s/ *Vanessa Soriano Power*
Vanessa Soriano Power, WSBA #30777
Stoel Rives LLP

*Attorneys for Defendant BP America Inc.*

</div>

CORPORATE DISCLOSURE STATEMENT
OF BP AMERICA INC. - 3