UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-00158<br><br>CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Chevron Corporation and Chevron U.S.A. Inc., by and through counsel, hereby state that:

Chevron Corporation is a publicly traded company. It does not have a parent corporation, and no publicly held company owns more than 10% of its stock.

Chevron U.S.A. Inc. is an indirect subsidiary of Chevron Corporation. No publicly traded corporation owns 10% or more of Chevron U.S.A. Inc.'s stock.

| | | |
|---|---|---|
| 1 | Dated: February 7, 2024 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 2 | | By  *s/ Robert M. McKenna* |
| 3 | | Robert M. McKenna (WSBA 18327)<br>rmckenna@orrick.com |
| 4 | | Mark S. Parris (WSBA 13870)<br>mparris@orrick.com |
| 5 | | Andrew C. Cook (WSBA 34004)<br>andrew.cook@orrick.com |

401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: 206.839.4300
Facsimile: 206.839.4301

GIBSON, DUNN & CRUTCHER LLP

Theodore J. Boutrous, Jr. (*pro hac vice* forthcoming)
tboutrous@gibsondunn.com
William E. Thomson (*pro hac vice* forthcoming)
wthomson@gibsondunn.com
Joshua D. Dick (*pro hac vice* forthcoming)
jdick@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile: 213.229.7520

Andrea E. Neuman (*pro hac vice* forthcoming)
aneuman@gibsondunn.com

200 Park Avenue
New York, NY 10166
Telephone: 212.351.3883

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

---

CHEVRON CORPORATE DISCLOSURE STATEMENT — - 2 - — ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300