UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66 and PHILLIPS 66 COMPANY,<br><br>　　　　　　　　　　　Defendants. | NO. 2:24-cv-00158<br><br>NOTICE OF APPEARANCE |

TO:　　　　Clerk of the Court;

AND TO:　　All Parties and Counsel of Record

　　　　PLEASE TAKE NOTICE that Bradley S. Keller and Joshua B. Selig of Byrnes Keller Cromwell LLP hereby appear in the above-entitled action for defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation, without waiving any defenses or objections, including personal jurisdiction, insufficient process, and insufficient service of process.  You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their addresses indicated.

NOTICE OF APPEARANCE (No. 2:24-cv-00158) - 1

DATED this 7th day of February, 2024.

                    BYRNES KELLER CROMWELL LLP

                    By /s/ Bradley S. Keller
                        Bradley S. Keller, WSBA #10665

                    By /s/ Joshua B. Selig
                        Joshua B. Selig, WSBA #39628
                        1000 Second Avenue, 38th Floor
                        Seattle, Washington  98104
                        Telephone:  (206) 622-2000
                        bkeller@byrneskeller.com
                        jselig@byrneskeller.com

                        Theodore Wells, Jr.*
                        Daniel Toal*
                        Yahonnes Cleary*
                        Caitlin Grusauskas*
                        PAUL WEISS RIFKIND WHARTON & GARRISON LLP
                        1285 Avenue of the Americas
                        New York, NY  10019-6064
                        Telephone:  (212) 373-3000
                        twells@paulweiss.com
                        dtoal@paulweiss.com
                        ycleary@paulweiss.com
                        cgrusauskas@paulweiss.com

                        *Pro Hac Vice applications forthcoming.

                    ***Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation***

NOTICE OF APPEARANCE (No. 2:24-cv-00158) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

NOTICE OF APPEARANCE (No. 2:24-cv-00158) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000