UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>                            Plaintiff,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66 and PHILLIPS 66 COMPANY,<br><br>                            Defendants. | NO. 2:24-cv-00158<br><br>DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, the undersigned counsel of record for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation hereby state that Exxon Mobil Corporation is a publicly traded corporation and that it has no corporate parent. No publicly held corporation owns 10% or more of Exxon Mobil Corporation's stock.

Defendant ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, which owns 100% of ExxonMobil Oil Corporation's stock. Mobil Corporation, in turn, is wholly owned by Exxon Mobil Corporation.

DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (No. 2:24-cv-00158) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

This statement is filed solely for purposes of complying with the Federal Rules of Civil Procedure and Local Rules. This statement is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, and/or insufficient service of process pursuant to Rule 12(b)(2), (b)(4), and/or (b)(5).

DATED this 7th day of February, 2024.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665

By /s/ Joshua B. Selig
    Joshua B. Selig, WSBA #39628
    1000 Second Avenue, 38th Floor
    Seattle, Washington  98104
    Telephone:  (206) 622-2000
    bkeller@byrneskeller.com
    jselig@byrneskeller.com

Theodore Wells, Jr.*
Daniel Toal*
Yahonnes Cleary*
Caitlin Grusauskas*
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Pro Hac Vice applications forthcoming.

**Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation**

DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (No. 2:24-cv-00158) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL OIL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (No. 2:24-cv-00158) - 3

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000