UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>                  Plaintiff,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>                  Defendants. | No.  2:24-cv-00158<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of the Court

AND TO: All Parties and Counsel of Record

      PLEASE TAKE NOTICE that Corrie J. Yackulic of Corrie Yackulic Law Firm, PLLC and Sher Edling, LLP hereby appears in the above-entitled action for Plaintiff Showalter Bay Indian Tribe, without waiving any objections or defenses. You are hereby directed to serve all future pleadings or papers, except original process, upon said attorney at her addresses indicated.

    //

    //

NOTICE OF APPEARANCE
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

DATED this 8th day of February, 2024.

                Respectfully submitted,

                **SHER EDLING LLP**

                */s/Corrie J. Yackulic*
CORRIE J. YACKULIC, WSBA No. 16063
VICTOR M. SHER (*pro hac vice forthcoming*)
MATTHEW K. EDLING (*pro hac vice forthcoming*)
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:  (628) 231-2929
Email: corrie@cjylaw.com
        vic@sheredling.com
        matt@sheredling.com

*Attorneys for Plaintiff, SHOALWATER BAY INDIAN TRIBE*

**DRUMMOND WOODSUM & MACMAHON**
KAIGHN SMITH JR. (*pro hac vice forthcoming*)
84 Marginal Way, Suite 600
Portland, ME. 04101
Tel:   (207) 253-0559
Email: ksmith@dwmlaw.com

*Attorneys for Plaintiff, SHOALWATER BAY INDIAN TRIBE*

NOTICE OF APPEARANCE
PAGE - 2

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725