UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY TRIBE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00158<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT |

　　　　I hereby certify that I caused a full, true and correct copy of the Notice of Removal to be served on all parties that had appeared in this action by email at addresses below:

　　　　Corrie J. Yackulic
　　　　corrie@cjylaw.com
　　　　Victor M. Sher
　　　　vic@sheredling.com
　　　　Matthew K. Edling
　　　　matt@sheredling.com
　　　　Sher Edling LLP
　　　　100 Montgomery Stre, Suite 1410
　　　　San Francisco, CA 94104
　　　　Tel: 628-231-2500
　　　　Fax: 628-231-2929

CERTIFICAT OF SERICE OF NOTICE OF
REMOVAL – 2:24-cv-00158

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Kaighn Smith Jr.
ksmith@dwmlaw.com
Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME 04101
Tel: 207-253-0559

Dated this 9th day of February, 2024 at Seattle, Washington.

                                            *s/Robert M. McKenna*
                                            Robert M. McKenna

CERTIFICATE OF SERVICE OF NOTICE
OF REMOVAL – 2:24-cv-00158

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300