**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 9, 2024

**SHOALWATER BAY INDIAN TRIBES V. EXXON MOBIL CORPORATION ET AL**
Case # 2:24–cv–00158–JCC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Attorney Admission**
> Counsel Rachel H. Cox is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206–370–8433 or WAWD_Admissions@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file