UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>Defendants. | Case No. 2:24-cv-00158<br><br>NOTICE OF APPEARANCE |

TO:         Clerk of the Court

AND TO:    All parties and their counsel of record

PLEASE TAKE NOTICE that Defendant BP America Inc. appears through its undersigned counsel, Rachel H. Cox of Stoel Rives LLP, without waiving defenses including, without limitation, venue, service, jurisdiction, and all other defenses. BP America Inc. requests that all pleadings or papers, except original process, related to this action in this jurisdiction be served upon the undersigned at the address set forth below.

///

NOTICE OF APPEARANCE - 1
CASE NO. 2:24-CV-00158

122359870.1 0018668-00020

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 12, 2024 | STOEL RIVES LLP |
| 3 | | |
| 4 | | *s/ Rachel H. Cox*<br>Rachel H. Cox, WSBA No. 45020<br>rachel.cox@stoel.com |
| 5 | | |
| 6 | | 600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900 |
| 7 | | *Attorney for Defendant BP America Inc.* |

NOTICE OF APPEARANCE - 2
CASE NO. 2:24-CV-00158

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

> s/ *Rachel Cox*
> Rachel Cox, WSBA #45020
> Stoel Rives LLP
>
> *Attorney for Defendant BP America Inc.*

NOTICE OF APPEARANCE - 3
CASE NO. 2:24-CV-00158

122359870.1 0018668-00020

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*