HON. JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SHOALWATER BAY INDIAN TRIBE,

Plaintiff,

v.

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON U.S.A. INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

Defendants.

CASE NO. 2:24-cv-00158-JCC

NOTICE OF APPEARANCE

**(Clerk's Action Required)**

TO:             CLERK OF THE COURT

AND TO:       COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys of record for

Defendants Phillips 66 and Phillips 66 Company in the above-entitled action, without waiving

objections to as to improper service of process, jurisdiction, and venue.  You are hereby requested

to serve all further papers and proceedings in said cause, except original process, upon said

attorneys at the address below stated.

//

NOTICE OF APPEARANCE - 1
CASE NO. 2:24-cv-00158

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 12thday of February 2024.

SUMMIT LAW GROUP, PLLC

By *s/ Alexander A. Baehr*
 Alexander A. Baehr, WSBA No. 25320
 *alexb@summitlaw.com*
 315 5th Avenue South, Suite 1000
 Seattle, WA  98104
 (206) 676-7000

 *s/ Molly J. Gibbons*
 Molly J. Gibbons WSBA #58357
 *mollyg@summitlaw.com*
 315 5th Avenue South, Suite 1000
 Seattle, WA  98104
 (206) 676-7000

Nicole C. Valco (*pro hac vice* forthcoming)
*Nicole.valco@lw.com*
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

**Attorneys for Phillips 66 and Phillips 66 Company**

NOTICE OF APPEARANCE - 2
CASE NO. 2:24-cv-00158

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001