THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>              Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>              Defendant. | No. 2:24-cv-00158-JCC<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS CONOCOPHILLIPS AND CONOCOPHILLIPS COMPANY**<br><br>*(Clerk's Action Required)* |

TO:        Clerk of the Court;

AND TO:    ALL COUNSEL OF RECORD.

      PLEASE TAKE NOTICE that without waiving any defenses, the undersigned herewith appear as attorneys for Defendants Conocophillips and Conocophillips Company and request that any and all further pleadings or notices of any nature whatsoever, except original process, be served upon the undersigned at the address below stated.

//

NOTICE OF APPEARANCE – Page 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 22nd day of February, 2024.

*s/ Timothy A. Bradshaw*
Timothy A. Bradshaw, WSBA No. 17983

*s/ Jeff Bone*
Jeff Bone, WSBA No. 43965

*s/ Victoria E. Ainsworth*
Victoria E. Ainsworth, WSBA No. 49677

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
tbradshaw@corrcronin.com
jbone@corrcronin.com
tainsworth@corrcronin.com

*Attorneys for Defendants Conocophillips and Conocophillips Company*

NOTICE OF APPEARANCE – Page 2

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900