Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>*Defendants*. | Case No. 2:24-cv-00158-JNW<br><br>**NOTICE OF CHANGE OF PARTY NAME** |

Defendant Shell Oil Company hereby informs the Court and all parties that it changed its name to Shell USA, Inc., effective March 1, 2022.

By filing this Notice, Defendants do not waive any right, defense, affirmative defense, or objection, including any challenges to personal jurisdiction over Defendants.

NOTICE OF CHANGE OF PARTY NAME - 1
Case No. 2:24-cv-00158-JNW

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1     DATED this 7th day of March, 2024.

                                K&L GATES LLP

                                By   s/*Kari L. Vander Stoep*
                                    Kari L. Vander Stoep, WSBA #35923
                              925 Fourth Avenue, Suite 2900
                              Seattle, WA 98104
                              Phone: (206) 623-7580
                              Fax: (206) 623-7022
                              E-mail: kari.vanderstoept@klgates.com

David C. Frederick (*pro hac vice* forthcoming)
James M. Webster, III (*pro hac vice* forthcoming)
Daniel S. Severson (*pro hac vice* forthcoming)
Daren G. Zhang (*pro hac vice* forthcoming)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: jwebster@kellogghansen.com
Email: dseverson@kellogghansen.com
Email: dzhang@kellogghansen.com

*Counsel for Shell plc and
Shell USA, Inc. (f/k/a Shell Oil Company)*

NOTICE OF CHANGE OF PARTY NAME - 2
Case No. 2:24-cv-00158-JNW

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022