THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHOALWATER BAY INDIAN TRIBE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-00158-JNW<br><br>**STIPULATED MOTION AND ORDER REGARDING CONSOLIDATED BRIEFING ON MOTION FOR REMAND**<br><br>Noted for March 15, 2024 |

# RECITALS

Plaintiff, the Shoalwater Bay Indian Tribe ("Plaintiff"), and Defendants B.P. p.l.c., BP America Inc., Chevron Corporation, Chevron U.S.A. Inc., Exxon Mobil Corp., ExxonMobil Oil Corporation, Shell plc, Shell USA, Inc. (f/k/a Shell Oil Company), ConocoPhillips, ConocoPhillips Company, Phillips 66, and Phillips 66 Company (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as "the Parties"), hereby stipulate and agree to the following motion to consolidate briefing with respect to the Plaintiffs' motion to remand in this matter and in the matter of *Makah Indian Tribe v. Exxon Mobil Corporation et. al.*, 2:24-CV-0157-JNW.

**WHEREAS,** on December 20, 2023, Plaintiff filed a complaint against the Defendants in the Superior Court of the State of Washington in and for the County of King, No. 23-2-25215-2 SEA, and the Makah Indian Tribe separately filed a substantially similar complaint against the Defendants in the Superior Court of the State of Washington in and for the County of King, No. 23-2-25216-1-SEA (the "Makah action").

**WHEREAS,** on February 6, 2024, Defendants Chevron Corporation and Chevron U.S.A., Inc., with the consent of all properly named and served Defendants, removed this action and the Makah action from the Superior Court to this Court;

**WHEREAS,** Defendants' removal notices in this action and the Makah action are substantially similar with the sole exception that, in the Makah action, the Defendants raise a treaty rights argument for removal and do not make a similar argument in their removal notice in this action;

**WHEREAS,** Plaintiff and the Makah Indian Tribe (collectively, "Plaintiffs") each intend to file a Motion to Remand in this action and in the Makah action, which Defendants intend to oppose;

**WHEREAS,** the Plaintiffs and Defendants agree that it would be most efficient for all briefing on the Motion to Remand to be consolidated, with Plaintiffs filing a single motion and brief, Defendants filing a single opposition brief, and the Plaintiffs filing a single reply brief;

**WHEREAS,** the Plaintiffs and Defendants further agree that to accommodate such consolidated briefing in the two cases, the word limitations should be extended to provide for up to 10,000 words for the Plaintiffs' motion and brief and the Defendants' brief in opposition and up to 5,000 words for the Plaintiffs' reply brief;

**WHEREAS,** this Stipulated Motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process;

## STIPULATED MOTION

**NOW THEREFORE,** the Parties hereby agree and stipulate, and respectfully move the Court to enter an order, as follows:

1. Briefing on the Plaintiffs' Motion to Remand in this action and in *Makah Indian Tribe v. Exxon Mobil Corporation et. al., 2:24-CV-0157-JNW*, shall be consolidated with the Plaintiffs filing a single motion and brief, the Defendants filing a single opposition brief, and the Plaintiffs filing a single reply brief.

2. The Plaintiffs' motion and brief and the Defendants' opposition brief shall not exceed 10,000 words. The Plaintiffs' reply brief shall not exceed 5,000 words.

Counsel certifies that this memorandum contains 517 words, in compliance with the Local Civil Rules.

Dated: March 15, 2024

| SHER EDLING LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: /s/ Katie Jones<br>Katie Jones (*pro hac vice*)<br>Corrie J. Yackulic, WSBA No. 16063<br>Victor M. Sher (*pro hac vice*)<br>Matthew K. Edling (*pro hac vice*)<br>100 Montgomery St., Ste. 1410<br>San Francisco, CA 94104<br>Tel: (628) 231-2500<br>Fax: (628) 231-2929<br>Email: katie@sheredling.com<br>corrie@sheredling.com<br>vic@sheredling.com<br>matt@sheredling.com | By: s/ Robert M. McKenna<br>Robert M. McKenna (WSBA No. 18327)<br>rmckenna@orrick.com<br>Mark S. Parris (WSBA No. 13870)<br>mparris@orrick.com<br>Andrew Cook (WSBA No. 34004)<br>andrew.cook@orrick.com<br>401 Union Street, Suite 3100<br>Seattle, WA 98101<br>Telephone: 206.839.4300<br>Facsimile: 206.839.4301 |
| DRUMMOND WOODSUM & MACMAHON | GIBSON, DUNN & CRUTCHER LLP |
| Kaighn Smith Jr. (*pro hac vice*)<br>84 Marginal Way, Ste. 600<br>Portland, ME 04101<br>Tel: (207) 253-0559<br>Email: ksmith@dwmlaw.com<br><br>*Attorneys for Plaintiff Shoalwater Bay Indian Tribe* | Theodore J. Boutrous, Jr. (*pro hac vice*)<br>tboutrous@gibsondunn.com<br>Andrea Neuman (*pro hac vice*)<br>aneumann@gibsondunn.com<br>William E. Thomson (*pro hac vice*)<br>wthomson@gibsondunn.com<br>Joshua D. Dick (*pro hac vice*)<br>jdick@gibsondunn.com<br>333 South Grand Ave.,<br>Los Angeles, CA 90071<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br><br>*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.* |

| | |
|---|---|
| BRYNES KELLER CROMWELL LLP<br><br>By: *s/ Bradley S. Keller*<br>    Bradley S. Keller, WSBA #10665<br>By: *s/ Josha B. Selig*<br>    Joshua B. Selig, WSBA No. 39628<br>    1000 Second Avenue, 38th Floor<br>    Seattle, WA 98104<br>    Tel: (206) 622-2000<br>    Fax: (206) 622-2522<br>    Email: bkeller@byrneskeller.com<br>    jselig@byrneskeller.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>    Theodore V. Wells, Jr. (*pro hac vice*)<br>    Daniel J. Toal (*pro hac vice*)<br>    Yahonnes Cleary (*pro hac vice*)<br>    Caitlin E. Grusauskas (*pro hac vice*)<br>    1285 Avenue of the Americas<br>    New York, NY 10019-6064<br>    Tel.: (212) 373-3000<br>    Fax: (212) 757-3990<br>    Email: twells@paulweiss.com<br>    Email: dtoal@paulweiss.com<br>    Email: ycleary@paulweiss.com<br>    Email: cgrusauskas@paulweiss.com<br><br>*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION* | STOEL RIVES LLP<br><br>By: *s/ Vanessa Soriano Power*<br>    Vanessa Soriano Power, WSBA No. 30777<br>    vanessa.power@stoel.com<br>    Rachel H. Cox, WSBA No. 45020<br>    rachel.cox@stoel.com<br>    STOEL RIVES LLP<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: (206) 624-0900<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>Nancy G. Milburn (*pro hac vice*)<br>Diana E. Reiter (*pro hac vice*)<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel.: (212) 836-8383<br>Fax: (212) 715-1399<br>Email: nancy.milburn@arnoldporter.com<br>Email: diana.reiter@arnoldporter.com<br><br>John D. Lombardo (*pro hac vice*)<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Tel.: (213) 243-4000<br>Fax: (213) 243-4199<br>Email: john.lombardo@arnoldporter.com<br><br>Jonathan W. Hughes (*pro hac vice*)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Tel.: (415) 471-3100<br>Fax: (415) 471-3400<br>Email: jonathan.hughes@arnoldporter.com<br><br>*Attorneys for Defendant BP America Inc.* |

| | | |
|---|---|---|
| 1 | CORR CRONIN LLP | SUMMIT LAW GROUP, PLLC |
| 2 | By: *s/ Timothy A. Bradshaw* | By: *s/ Alexander A. Baehr* |
| |    Timothy A. Bradshaw, WSBA No. 17983 |    Alexander A. Baehr, WSBA No. 25320 |
| 3 |    Jeff Bone, WSBA No. 43965 |    alexb@summitlaw.com |
| |    Victoria E. Ainsworth, WSBA No. | By: *s/ Molly J. Gibbons* |
| 4 |    49677 |    Molly J. Gibbons WSBA #58357 |
| |    1015 Second Avenue, Floor 10 |    mollyg@summitlaw.com |
| 5 |    Seattle, WA 98104-1001 | |
| |    (206) 625-8600 Phone | LATHAM & WATKINS LLP |
| 6 |    (206) 625-0900 Fax | |
| |    tbradshaw@corrcronin.com |    Nicole C. Valco (*pro hac vice pending*) |
| 7 |    jbone@corrcronin.com |    nicole.valco@lw.com |
| |    tainsworth@corrcronin.com |    Katherine A. Rouse (*pro hac vice pending*) |
| 8 | |    kathrine.rouse@lw.com |
| | WILMER CUTLER PICKERING HALE |    505 Montgomery St., Suite 2000 |
| 9 | AND DORR LLP |    San Francisco, CA 94111-6538 |
| | |    Telephone: (415) 391-0600 |
| 10 |    Hallie B. Levin (*pro hac vice* | |
| |    *forthcoming*) | *Attorneys for Defendants Phillips 66 and* |
| 11 |    7 World Trade Center | *Phillips 66 Company* |
| |    250 Greenwich Street | |
| 12 |    New York, NY 10007 | |
| |    Telephone: (212) 295-6710 | K&L GATES LLP |
| 13 |    Facsimile: (212) 230-8888 | |
| |    Email: hallie.levin@wilmerhale.com | By: *s/ Kari L. Vander Stoep* |
| 14 | |    Kari L. Vander Stoep, WSBA # 35923 |
| |    Matthew T. Martens (*pro hac vice* |    925 Fourth Avenue, Suite 2900 |
| 15 |    *forthcoming*) |    Seattle, Washington 98104-1158 |
| |    2100 Pennsylvania Avenue NW |    Tel: +1 206 623 7580 |
| 16 |    Washington, DC 20037 |    Fax: +1 206 623 7022 |
| |    Telephone: (202) 663-6921 |    Email: kari.vanderstoep@klgates.com |
| 17 |    Facsimile: (202) 663-6363 | |
| |    Email: | KELLOGG, HANSEN, TODD, FIGEL & |
| 18 |    matthew.martens@wilmerhale.com | FREDERICK, P.L.L.C. |
| 19 |    Robert Kingsley Smith (*pro hac vice* |    David C. Frederick (*pro hac vice forthcoming*) |
| |    *forthcoming*) |    James M. Webster, III (*pro hac vice* |
| 20 |    60 State Street |    *forthcoming*) |
| |    Boston, MA 02109 |    Daniel S. Severson (*pro hac vice forthcoming*) |
| 21 |    Telephone: (617) 526-6759 |    Daren G. Zhang (*pro hac vice forthcoming*) |
| |    Facsimile: (617) 526-5000 |    1615 M Street, N.W., Suite 400 |
| 22 |    Email: robert.smith@wilmerhale.com |    Washington, D.C. 20036 |
| | |    Telephone: (202) 326-7900 |
| 23 | *Attorneys for Defendants Conocophillips* |    Facsimile: (202) 326-7999 |
| | *and Conocophillips Company* |    Email: dfrederick@kellogghansen.com |
| 24 | |    Email: jwebster@kellogghansen.com |
| | |    Email: dseverson@kellogghansen.com |
| 25 | |    Email: dzhang@kellogghansen.com |
| 26 | | *Attorneys for Shell plc and Shell USA, Inc.* |
| | | *(f/k/a Shell Oil Company)* |

**ORDER**

For the reasons above, and finding good cause, the Court hereby grants the Parties' stipulated motion. It is so ordered.

Dated this 19th day of March, 2024.

                                               Jamal N. Whitehead
                                               United States District Judge